No. 73–1940. Altsman et al. v. Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 73–1941. Coastal Petroleum Co. v. Trustees of the Internal Improvement Trust Fund of Florida. C. A. 5th Cir. Certiorari denied.

No. 73–1945. DeMoon v. Illinois. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 73–1948. Perry v. Mas et ux. C. A. 5th Cir. Certiorari denied.

No. 73–1949. Nixon Hotel, Inc. v. Redevelopment Authority of the City of Butler. Pa. Commw. Ct. Certiorari denied.

No. 73–1954. Alpha Distributing Company of California, Inc. v. Jack Daniel Distillery et al. C. A. 9th Cir. Certiorari denied.

No. 73–1958. Mohasco Industries, Inc., et al. v. Acme Fast Freight, Inc., et al. C. A. 5th Cir. Certiorari denied.

No. 73–1959. Adey v. United Action for Animals, Inc., et al. C. A. 2d Cir. Certiorari denied.

No. 73–1961. Lopez v. Rivera, Judge. Super. Ct. P. R. Certiorari denied.

No. 73–1962. Berman v. Group Health Assn., Inc. Ct. App. D. C. Certiorari denied.